JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL HAMILTON, | ) No. CV 08-04551-JVS (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| TERESA SCHWARTZ, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed as Moot.

DATED: July 30, 2009

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE